**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**DANA MICALLEF,**  Case No. 6:18-bk-06259-KSJ

           **Debtor.**
_____/

**APPLICATION TO AUTHORIZE EMPLOYMENT**
**OF ATTORNEYAND DECLARATION IN SUPPORT**

**APPLICATION**

The duly appointed Trustee in this Chapter 7 case, Gene T. Chambers ("Trustee"), applies for an order approving the employment of Cynthia E. Lewis (the "Attorney") and the law firm of Lewis & Monroe, PLLC to represent and assist the Trustee in carrying out the Trustee's duties under the Bankruptcy Code. After reviewing the facts and legal issues in this case, the Trustee has concluded that the assistance of counsel is necessary to assist in the recovery of potential assets, fraudulent transfers and preferences and to otherwise assist the Trustee in discharging the Trustee's statutory duties.

The Trustee has selected this Attorney because she has the ability and experience to render the necessary assistance. The Attorney and Lewis & Monroe, PLLC further agree to seek compensation at the firm's standard hourly rates, which currently range between $350.00 and $450.00 per hour and reasonable costs and expenses pursuant to the provisions of Section 330 of the Bankruptcy Code.

Applicant will assist the Trustee in performing the following duties:

1. Prepare any motions and adversary proceedings necessary for the Trustee to perform

her duties as outlined in the United States Bankruptcy Code including, but not limited to, adversary proceedings against Debtor for fraudulent transfers, preferences or pursuant to 11 U.S.C. §727, as well as, motion for turnover of assets.

2. Prepare legal documents necessary for this Court's approval for the settlement of any claim that the estate asserts.

3. Attend evidentiary hearings on behalf of the bankrupt estate.

To the best of the Trustee's knowledge, the attorney has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except that the attorneys of Lewis & Monroe, PLLC have done work for the Chapter 7 Trustee in the past.

The Trustee therefore prays that the court will enter an order approving the employment of counsel.

Dated this 5th day of February, 2019.

> /s/ Gene T. Chambers, Trustee
> Gene T. Chambers, Trustee
> Florida Bar No. 187642
> P.O. Box 533987
> Orlando, FL 32853
> PH(407) 872-7575
> FAX (407) 246-0008
> Email gchamberspa@cfl.rr.com

**DECLARATION OF PROPOSED ATTORNEY**

I, Cynthia E. Lewis, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

1. I am an attorney admitted to practice in the United States District Court for the Middle District of Florida.

2. I am a member of the law firm of Lewis & Monroe, PLLC

3. Neither I, nor any member of the firm, have any connection with the debtor, creditors, or other party in interest, their respective attorneys and accountants, the United States Trustee, or any other personnel employed in the office of the United States Trustee except that the attorneys of Lewis & Monroe, PLLC have done work for the Chapter 7 Trustee in the past.

Executed this 5th day of February, 2019.

                                             */s/ Cynthia E. Lewis*
                                             Cynthia E. Lewis
                                             Florida Bar No.  53076
                                             Lewis & Monroe, PLLC
                                             P.O. Box 540163
                                             Orlando, FL 32854-0163
                                             PH:     (407) 872-7447
                                             Fax No.  (407) 246-0008
                                             Email: clewis@jamesmonroepa.com
                                             Attorney for Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the application and declaration were provided electronically, via CM/ECF, or by regular U.S. Mail, Postage prepaid to the following on this 5th day of February, 2019: Trustee: Gene T. Chambers, P.O. Box 533987, Orlando, FL 32853; Debtor: Dana Micallef, 1888 John Anderson Drive, Ormond Beach, FL 32176; Debtor's Attorney: Walter J. Snell, Esquire, Snell & Snell, P.A., 436 North Peninsula Drive, Daytona Beach, FL 32118; and United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL  32801.

                                             */s/ Cynthia E. Lewis*
                                             Cynthia E. Lewis