UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                         Case No.: 6:18-bk-06259-KSJ

DANA MICALLEF
    Debtor(s).
_____/

## RESPONSE TO TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

DEBTOR, by and through the undersigned attorney, hereby responds to Trustee's Objection to Debtor's Use of Exemptions (Doc. 75), as follows:

1. The Debtor admits the allegations set forth in Paragraphs 1, 2, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16 and 17.

2. As to Paragraphs 3, Debtor admits that Schedule C of his Petition claims the amount of $700,000 as exempt homestead, but contends the homestead exemption is limited to the amount of equity as either determined by order of this Court or by agreement of the parties as the difference between the homestead value as of the Petition Date less mortgages and other liens on said property.

3. As to Paragraph 8 and 20, the homestead equity based on Debtor's purchase price and mortgage balance of $332,624.97 would be $288,375.00. Based on a value of $850,000, the equity would be $517,376, an increase of $229,000. However, due to the recorded Federal tax lien of the Internal Revenue Service, a copy attached hereto, in the amount of 633,433.47, there is no equity available for distribution to any creditors in the event of liquidation by the Trustee and after recognition/payment of Debtor's exemption which may be limited to $160,375.

4. As to Paragraph 18, Debtor would submit that the market value of the homestead property has increased due to both improvements made by Debtor and market appreciation.

WHEREFORE, Debtor respectfully requests this Court find that after deductions for claims secured by Debtor's homestead, and recognition of Debtor's homestead claim of $160,375, there would be no non-exempt equity available for administration by the Trustee for the benefit of creditors, and therefore deny said objection, and allow the Debtor's homestead exemption in the amount as determined by this Court, any further relief this Court deems just and proper.

SNELL & SNELL, P.A.

By: _____
WALTER J. SNELL, ESQ.
Florida Bar #729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386) 255-5334/(386)-255-5335-fax
Attorney for Debtor
Email: snellandsnell@mindspring.com

Certificate of Service

I HEREBY CERTIFY that I have furnished a copy of the above and foregoing via Electronic Notice to Cynthia E. Lewis at clewis@lewismonroe.com; this 29th day of April, 2019.

_____

| Form 668 (Y)(c) (Rev. February 2004) | 16999 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | | Serial Number 323561118 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   DANA M MICALLEF

Residence   1888 JOHN ANDERSON DR
ORMOND BEACH, FL 32176-3207

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | | 12/26/2016 | 01/25/2027 | 90.15 |
| 1040 | 12/31/2015 | | 07/18/2016 | 08/17/2026 | 43682.21 |
| 1040 | 12/31/2016 | | 03/19/2018 | 04/18/2028 | |

Place of Filing
CLERK OF CIRCUIT COURT
VOLUSIA COUNTY
DELAND, FL 32721

Total  $

This notice was prepared and signed at   BALTIMORE, MD  , on this,

the   11th   day of   September, 2018  .

Signature   Joan Flach
for JOHN HOOPES

Title REVENUE OFFICER
(386) 254-7317

23-09-3736

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X