ORDERED.

Dated: May 25, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

**DANA MICALLEF,**  Case No. 6:18-bk-06259-KSJ
  Chapter 7
        Debtor.
_____/

**AGREED ORDER GRANTING
JOINT MOTION TO ABATE MOTION FOR RELIEF FROM THE
AUTOMATIC STAY FILED BY CREDITOR, SPECIALIZED LOAN SERVICING, LLC**

     This matter came before the Court without a hearing for consideration of the Joint Motion to Abate Motion For Relief From the Automatic Stay filed by Creditor, Specialized Loan Servicing, LLC (Doc. No. 85) which was filed jointly by the Trustee, Gene T. Chambers ("Trustee") and Specialized Loan Servicing LLC ("SLS"). In the Motion to Abate the Trustee and SLS seek to abate any hearings, stay any required responses and any other action associated with SLS' Motion until further request by either party or by further order of this Court. Good cause being shown and the parties to this matter having agreed to the abatement, it is

    **ORDERED**:

    1.    The Motion to Abate Motion For Relief From the Automatic Stay is **GRANTED**.

    2.    All hearings, response deadlines and any other actions associated with SLS' Motion is abated until either the Trustee or SLS requests that the Motion be reactivated or by order of this

Court.

3. Service of this order is limited to the Trustee, Trustee's attorney, Debtor, Debtor's attorney, SLS and SLS' attorney and the U.S. Trustee.

Attorney Cynthia E. Lewis, Esq., is directed to serve a copy of this order, as indicated, on the above interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.