UNITED STATES BANKRUPTCY COURT,
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In the Matter of:

DANA MICALLEF,

Case No. 6:18-bk-06259-KSJ
Chapter 7

_____ Debtor. /

## NOTICE OF TRUSTEE'S INTENTION
## TO ABANDON PROPERTY OF THE ESTATE

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Cynthia E. Lewis, Lewis & Monroe, PLLC, PO Box 540163, Orlando, FL 32854-0163, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO: CREDITORS, DEBTOR(S) AND OTHER PARTIES IN INTEREST

Gene T. Chambers, the Trustee in Bankruptcy of the above-captioned matter reports that she intends to abandon the following property of the Debtor(s):

**Two (2) 2016 Seadoo GTR215 Jet Skis with Trailer (VIN# YDV36860D616)**

Pursuant to Section 554, Bankruptcy Code, and Rule 6007, Notice is hereby given of the abandonment of the above described property. The said property is being abandoned for the following reasons:

1. The secured creditor(s) hold a valid, perfected security interest on the property and the balance due exceeds the fair market value of the property.

2. It is burdensome to the estate.

3. It is of inconsequential value to the estate.

Dated: 9/6/19

Gene T. Chambers, Trustee
Fla. Bar No. 187642
P.O Box 533987
Orlando, Florida 32853
Telephone No.: (407) 872-7575
Facsimile No.: (407) 246-0008
Email: gchamberspa@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via U.S. mail or electronic transfer to all parties listed on the attached mailing matrix on this 9th day of September, 2019.

SNELL & SNELL, P.A.

Walter J. Snell, Esq.
Florida Bar # 729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386) 255-5334
(386) 255-5335 (FAX)
snellandsnell@mindspring.com
snellandsnell@hotmail.com
Attorney for Debtor

Label Matrix for local noticing
113A-6
Case 6:18-bk-06259-KSJ
Middle District of Florida
Orlando
Mon Sep  9 10:55:08 EDT 2019

Dana Micallef
1888 John Anderson Drive
Ormond Beach, FL 32176-3207

Wyndham Hotels and Resorts, LLC
c/o Harris J. Koroglu
Shutts & Bowen, LLP
200 S Biscayne Blvd #4100
Miami, FL 33131-2362

American Express
PO Box 30384
Salt Lake City, UT 84130-0384

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Marie E. Henkel, Ch. 7 Trustee of ACC 18-054
3560 S Magnolia Ave.
Orlando, FL 32806-6214

Specialized Loan Servicing/SLS
Attn:  Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129-2386

Wyndham Hotels and Resorts, LLC
c/o Harris J. Koroglu, Esq.
200 S. Biscayne Blvd #4100
Miami, FL 33131-2362

Wyndham Vacation Ownership, LLC
c/o Harris J. Koroglu, Esq.
200 S. Biscayne Blvd #4100
Miami, FL 33131-2362

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Specialized Loan Servicing LLC
Stewart Legal Group, P.L.
c/o Gavin N. Stewart
P.O. Box 5703
Clearwater, FL 33758-5703

Wyndham Vacation Ownership, Inc.
c/o Harris J. Koroglu
Shutts & Bowen LLP
200 S Biscayne Blvd #4100
Miami, FL 33131-2362

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Internal Revenue Service
Attn: Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Space Coast Credit Union
Attn: Bankruptcy
8045 North Wickham Road
Melbourne, FL 32940-7920

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wyndham Vacaation Ownership
c/o Harris J. Koroglu
200S. Biscayne Blvd. Ste. 400
Miami, FL 33131-5354

Gene T Chambers +
Post Office Box 533987
Orlando, FL 32853-3987

Cynthia E Lewis
James Monroe, PA
PO Box 540163
Orlando, FL 32854-0163

Steven  M. Vanderwilt
9940 Hood Road
Jacksonville, FL 32257-1134

Acceptance Now
Attn: Acceptancenow Customer Service / B
5501 Headquarters Dr
Plano, TX 75024-5837

Amex
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355-1245

Florida Credit Union
PO Box 5549
Gainesville, FL 32627-5549

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Wyndham Hotels and Resorts
c/o Harris J. Koroglu
200 S. Biscayne Blvd. Ste. 4100
Miami, FL 33131-2362

Wyndham Vacation Ownership, Inc. & Wyndham H
c/o Andrew Brumby
300 South Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Marie E. Henkel +
3560 South Magnolia Avenue
Orlando, FL 32806-6214

Andrew M Brumby +
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Walter J Snell +
Snell & Snell, P.A.
436 N Peninsula Drive
Daytona Beach, FL 32118-4038

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Harris J Koroglu +
Shutts & Bowen LLP
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131-2362

Cynthia E Lewis +
Lewis & Monroe, PLLC
Post Office Box 540163
Orlando, FL 32854 0163

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Gavin Stewart +
The Law Offices of Gavin Stewart, P.L.
P.O. Box 5703
Clearwater, FL 33758-5703

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahasee, FL 32315-3637

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank
Attn: Bankruptcy
35 Fountain Square Plaza
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(u)Eqty Prm Mtg

(d)Fifth Third Bank
MD# ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42