[jiffyord] [Bench Order +]

ORDERED.

Dated: July 22, 2020

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Dana M. Micallef
aka Dana Marion Micallef

_____Debtor*_____/

Case No. 6:18–bk–06259–KSJ
Chapter 7

### ORDER ABATING MOTION FOR CONTEMPT

THIS CASE came on for hearing on July 22, 2020, for consideration of the **Motion for Contempt** (Doc. **133**), filed by **Trustee Gene Chambers**.

For the reasons stated orally and recorded in open court, the Motion for Contempt is Abated.

Any party may file a request for a further hearing on this motion, when appropriate.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Cynthia Lewis is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.